IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Criminal No. 11-194 |
| WILLIAM J. PERRINE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 24th day of October, 2011, upon consideration of defendant's Unopposed Motion for Pre-Guilt Pre-sentence Investigation [document #54], IT IS HEREBY ORDERED that the motion is GRANTED. The United States Probation Office is directed to conduct a pre-guilt investigation for the purpose of determining the above defendant's criminal history, as well as any potential and/or applicable enhancements or departures. The pre-guilt report shall be made available to the parties and a copy provided to the Court on or before December 30, 2011.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), the period of time from the date of this order to December 30, 2011 shall be deemed excludable delay under the Speedy Trial Act as the Court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

s/Gary L. Lancaster        ,C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
    U.S. Probation