IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.  2:11-cr-00194-GLL

FRANK M. DEMAURO,

Defendant.

## ORDER OF COURT

AND NOW, to-wit, this __9th__ day of __March__, 2012, upon consideration of Defendant's Motion for the Issuance of an Order of Court Directing the United States Probation Office to Conduct a Criminal History Investigation to Determine the Defendant's Prior Record, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is GRANTED as follows:

No later than __May 8__, 2012, the United States Probation Office is to complete and forward to the Court, Warner Mariani, Esquire, and Troy Rivetti, Esquire, the results of a criminal history investigation to determine the Defendant's criminal history, advisory criminal history score, and any applicable Chapter Four enhancements.

IT IS FURTHER ORDERED that the extension of time caused by the granting of Defendant's Motion for Pre-Guilt Pre-Sentence Investigation be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 *et seq.* Specifically, the court finds that the ends of justice are served by granting Defendant's Motion for Pre-Guilt Pre-Sentence Investigation and outweigh

the best interest of the public and the Defendant to a speedy trial for the reasons set forth in Defendant's Motion.

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: Counsel of Record
    U.S. Probation