IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 11-194 |
| ) | |
| CHRISTINE A. PRITTS ) | |

**ORDER OF COURT**

    AND NOW, this 30th day of August, 2012, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is hereby GRANTED and Defendant is permitted to file a Motion Postpone Sentencing Hearing under seal.

                                              s/Gary L. Lancaster
                                              _____
                                              Gary L. Lancaster
                                              Chief United States District Judge

cc: Counsel of Record