IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 11-194 |
| | ) |
| CHRISTINE A. PRITTS | ) |

**ORDER OF COURT**

AND NOW, this 8th day of February, 2013, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is hereby GRANTED and (DOC No. 164) shall be sealed.

> s/Gary L. Lancaster
> _____,C.J.
> Hon. Gary L. Lancaster,
> Chief United States District Judge

cc: Counsel of Record